# Order

Michigan Supreme Court
Lansing, Michigan

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128575

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEONARDO GOMES ROSALES,
     Defendant-Appellant.

SC: 128575
COA: 258716
Genesee CC: 04-013728-FC

_____/

     On order of the Court, the application for leave to appeal the March 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk